IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TINA J. CARSON, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO.16-00636-WS-B |
| WORLD MARINE OF ALABAMA, LLC, | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's complaint be **DISMISSED** for failure to prosecute and obey the Court's orders.

**DONE** this 19th day of December, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE