IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TINA J. CARSON, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 16-00636-WS-B |
| WORLD MARINE OF ALABAMA, LLC, | * |
| Defendant. | * |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's complaint be **DISMISSED** for failure to prosecute and obey the Court's orders.

**DONE** this 19th of December, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE